**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 98-1793**

————————

In Re: COMPUTER DYNAMICS, INCORPORATED,

                                                    Debtor.

———————————————————

STEPHEN GARY MERRILL,

                                        Creditor - Appellant,

        versus

ROBERT STARER, Operating Officer of CDI, Incorporated,

                                        Debtor - Appellee,

        versus

U. S. TRUSTEE,

                                        Party-in-interest.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-97-1086-2, BK-95-23127-A)

————————

Submitted:  May 25, 1999              Decided:  June 1, 1999

————————

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

---

Edward Francis Halloran, Virginia Beach, Virginia, for Appellant. Michael Patrick Cotter, VANDEVENTER BLACK, L.L.P., Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Gary Merrill appeals from the district court's order affirming the bankruptcy court's orders: (1) imposing sanctions against him pursuant to Bankr. R. 9011, and (2) granting in part, and denying in part, the Appellee's motion to strike the designation of the record on appeal. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Merrill v. Starer, Nos. CA-97-1086-2; BK-95-23127-A (E.D. Va. Apr. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED